ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Alegna, Inc. | ) ASBCA No. 63411 |
| | ) |
| Under Contract No. W911S2-21-P-1099 | ) |

APPEARANCES FOR THE APPELLANT:    Samuel S. Finnerty, Esq.
Lauren R. Brier, Esq.
 PilieroMazza PLLC
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
 Army Chief Trial Attorney
CPT Natalie W. McKiernan, JA
Robert B. Neill, Esq.
 Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 14, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63411, Appeal of Alegna, Inc., rendered in conformance with the Board's Charter.

Dated:  June 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals